■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA I.S.-S., Appellant. [18 NYS3d 913]—Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered June 27, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed as moot (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.